**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1513

Dennis D. Thomas

- - Versus - -

Louisiana Department of Public Safety & Corrections

19th Judicial District Court
Case #: 682491
East Baton Rouge Parish

On Application for Rehearing filed on 10/07/2020 by Dennis D. Thomas

Rehearing  denied.

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Guy Holdridge

Date  **JAN 0 4 2021**

_____
Rodd Naquin, Clerk